**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISHTIAQ AHMED,

                      Plaintiff,                    **ORDER**

        -against-                  **22-cv-8007 (JHR) (JW)**

CITY OF NEW YORK, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Order confirms that the motions at Dkt. Nos. 49, 50, 51, and 64 are resolved in substance by this Court's order at Dkt. No. 63. The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 49, 50, 51, and 64.

      SO ORDERED.

DATED:    New York, New York
               December 7, 2023

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge