UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISHTIAQ AHMED,

                           Plaintiff,                         **ORDER**

        -against-                               **22-cv-8007 (JHR) (JW)**

CITY OF NEW YORK, *et al.*,

                           Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter at Dkt. No. 71 requesting that the Court endorse proposed deposition dates. Defendants take the position that the Court's intervention is unnecessary as the Parties have been working to schedule the outstanding depositions. Dkt. No. 70. Plaintiff's request is DENIED at this time.

      This Court previously extended fact discovery to February 16, 2024, and directed the Parties to "file a joint letter scheduling depositions or confirming all such depositions have been scheduled by January 5, 2024." Dkt. No. 62. In the Court's view, the Parties are in the best position to schedule mutually agreeable dates for depositions. The Court will give the Parties a last chance to meet and confer in good faith to schedule the remaining depositions and file a joint letter with proposed dates for the Court to endorse by **January 17, 2024**. If the Parties remain unable to reach an agreement on deposition dates, then the Court order dates for deposition at random without regard to the schedules of counsel or the deponents.

      **The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 71.**

SO ODERED.

DATED:   New York, New York
         January 10, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge